# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| James Mincher, | Civil Action No.  12-2535 CM/KMH |
| Plaintiff, | |
| vs. | |
| | **STIPULATION OF** |
| Diversified Collection Services, Inc., | **DISMISSAL WITH PREJUDICE** |
| and Does 1 through 10, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**PRICE LAW GROUP, APC**

Dated:   9/20/12

By   s/Mark D. Molner
Mark D. Molner, (ID No. 24493)
2210 West 75th Street
Prairie Village, KS 66208
T:  913-529-1474
F:  818-907-2012
mark@pricelawgroup.com

**BASSFORD REMELE,** *A Professional Association*

Dated:

By   s/Michael A. Klutho
Michael A. Klutho (KS ID No. 76089)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
T: 612-333-3000
F: 612-333-8829
mklutho@bassford.com