**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JAMES MINCHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil No.  12-2535-CM-KMH |
| | ) | |
| **DIVERSIFIED COLLECTION SERVICES,** | ) | |
| **INC., and  Does 1 through 10, inclusive.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice [Doc. 6] and for good cause

shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear

its own fees and costs.

**IT IS SO ORDERED** this **3rd day of October, 2012.**




s/ Carlos Murguia

**CARLOS MURGUIA**
**United States District Judge**